AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CR 610-28 |
| v. | ) | |
| | ) | |
| LARRY DAVID JOHNSON | ) | |

## ORDER

Petitioner Larry David Johnson filed a Petition for Discretionary Reconstruction of Sentence (Dkt. 55). The Government filed a Response in Opposition (Dkt. 56). For the reasons set forth in the Opposition, Johnson's Petition is hereby DENIED.

SO ORDERED this 24 day of October, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2016 OCT 24 PM 3:40
CLERK
SO. DIST. OF GA.